**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

**IN RE**

**Prince Donnie Amanor**                                                          CASE NO.  16-30277

**DEBTOR(S)**

### ORDER TO SHOW CAUSE

For failure to comply with an order of the court [ECF No. 4], the debtor is directed to appear and show cause before the court at 10:00 a.m. on August 25, 2016 at 2nd floor Courtroom, 100 E. Vine Street, Lexington, Kentucky, as to why sanctions should not be imposed or the case dismissed.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, July 18, 2016**
(tnw)